No. 1324. MASTINI *v.* AMERICAN TELEPHONE & TELE-
GRAPH CO. ET AL. C. A. 2d Cir. Certiorari denied. Peti-
tioner *pro se. Henry R. Ashton* for respondents.

No. 1386. POWELL ET AL. *v.* McCORMACK ET AL. C. A.
D. C. Cir. Motion for leave to file supplement to peti-
tion granted. Motion of American Civil Liberties Union
et al. for leave to file a brief, as *amici curiae,* granted.
Motion of Congress for Racial Equality for leave to file
a brief, as *amicus curiae,* granted. Motion of Harlem
Lawyers Association, Inc., for leave to file a brief, as
*amicus curiae,* granted. Motion of National Bar Asso-
ciation for leave to file a brief, as *amicus curiae,* granted.
Motion of New York City Chapter of National Lawyers
Guild for leave to file a brief, as *amicus curiae,* granted.
Certiorari to the United States Court of Appeals for the
District of Columbia Circuit, prior to the judgment, de-
nied. *Arthur Kinoy, William M. Kunstler, Jean Camper
Cahn, Robert L. Carter, Hubert T. Delany, Herbert O.
Reid, Sr., Frank D. Reeves* and *Henry R. Williams* for
petitioners. *Bruce Bromley, John R. Hupper, Thomas D.
Barr, Victor M. Earle III, Lloyd N. Cutler, John H.
Pickering, Louis F. Oberdorfer, Max O. Truitt, Jr.,* and
*Timothy B. Dyk* for respondents. Briefs of *amici curiae,*
in support of the petition, were filed by *Louis J. Lefko-
witz,* Attorney General of New York, *pro se; J. Lee
Rankin,* Corporation Counsel of the City of New York,
*pro se; Ernest Angell, Osmond K. Fraenkel, Edward J.
Ennis, Marvin M. Karpatkin, Lawrence Speiser* and
*Joseph B. Robison* for American Civil Liberties Union
et al.; *Floyd McKissick* for Congress of Racial Equality;
*Frederick E. Samuel* for Harlem Lawyers Association,
Inc.; *Revius Ortique* for National Bar Association; and
*Ralph Shapiro* and *David M. Freedman* for New York
City Chapter of National Lawyers Guild.